NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 922

CLS BANK INTERNATIONAL,

Plaintiff/Counterclaim Defendant-
Petitioner,

and

CLS SERVICES LTD.,

Counterclaim Defendant-Petitioner,

v.

ALICE CORPORATION PTY. LTD.,

Defendant/Counterclaim Plaintiff-
Respondent.

On petition for permission to appeal pursuant to 28 U.S.C. § 1292(b)
from the United States District Court for the District of Columbia
in case no. 07-CV-974, Judge Rosemary M. Collyer.

ON MOTION

O R D E R

The respondent moves for an extension of time, until January 11, 2010, to respond to the petition for permission to appeal.

The court notes that the response was timely filed.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

**DEC 3 0 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK

cc: Steven J. Glassman, Esq.
Ryan T. Scarborough, Esq.
s8